THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CARLUCCI, Appellant.— Judgment of the County Court of Kings County, convicting the appellant of the crimes of robbery in the first degree, grand larcency in the first degree and assault in the second degree, and imposing sentence, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CASTELLANO, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of murder in the second degree, reversed on the law and new trial ordered. Defendant was deprived of a fair trial by the adverse and improper comments of the prosecutor during the course of summation (1) upon the race of deceased and defendant (*Malinski* v. *New York*, 324 U. S. 401, 434; *People* v. *Esposito*, 224 N. Y. 370, 373; *Abbate* v. *Solan*, 257 App. Div. 776; *Saunders* v. *Champlain Bus Corp.*, 263 App. Div. 683), (2) upon the exercise by defendant of the right of peremptory challenge, together with appeals to individual jurors (*People* v. *Creasy*, 236 N. Y. 205, 226), and (3) upon defendant's retention of an attorney and the payment of a fee to him, a subject on which defendant also had been improperly cross-examined. The prejudicial effect of this misconduct was accentuated by the court, which not only failed sternly to admonish the prosecutor but justified it, indulging at times in mild suggestions to the prosecutor to desist. Other prejudicial remarks and conduct of the prosecutor need not be enumerated as it is assumed that there will not be a recurrence thereof at the new trial. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING COHEN, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of grand larceny in the first degree, on numerous counts, and imposing sentences thereon, and orders, affirmed. No opinion. Lewis, P. J., Carswell and Johnston, JJ., concur; Adel and Wenzel, JJ., dissent and vote to reverse the judgment on the law, to dismiss the indictment, and to dismiss the appeal from the orders, with the following memorandum: The case against appellant is entirely circumstantial. There is evidence that he aided and assisted Lobel, a codefendant (see *People* v. *Lobel, post*, p. 978, decided herewith), to cash checks in New York County, and that the checks were stolen. There can, however, be no exclusive inference from the evidence that appellant had knowledge that the checks were stolen; and it can as readily be inferred from the evidence that his knowledge was to the effect that the checks were of another character. The specific crimes submitted to the jury by the trial judge were not proved beyond a reasonable doubt to have been committed by the appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH J. KULIKAUSKAS, Appellant.— Judgment of the County Court of Queens County, convicting defendant of the crimes of kidnapping, first degree rape, and second and third degree assault, unanimously affirmed. (Code Crim. Pro., § 542.) Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS LOBEL, Appellant.— Judgment of the County Court, Kings County, convicting the defendant of the crime of grand larceny in the first degree, on numerous counts, and imposing sentences thereon, and order, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.